Mark W. Fredrick, SBN 167383
Law Offices of Mark W.Fredrick
4100 Newport Place, Suite 550
Newport Beach, California 92660
Telephone: 949 756 2200
Facsimile: 949 756 2201
Email: Mark@MarkFredrick.com

Attorney for Defendant,

DONALD MAZZA

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD MAZZA,<br><br>Defendant. | CASE NO.: 19-CR-00107-KJM<br><br>[PROPOSED] ORDER GRANTING UNDER SEAL FILING |

    FOR GOOD CAUSE SHOWN, this Court hereby ORDERS Donald Mazza's Request for an Order Sealing Documents is GRANTED. The "Notice of Motion and Motion for Reconsideration of Pretrial Detention Order Pursuant to 18 U.S.C. 3142; and Exhibits" shall be filed under seal.

    It is *further ordered* that a copy of this Court's order be provided to Mark W. Fredrick.

DATED: 8-8-19
_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE