TASHA PARIS CHALFANT, Attorney at Law
State Bar #207055
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
(916) 444-6100; FAX: (916) 930-6093
E-mail: tashachalfant@gmail.com

Attorney for: DONALD REED MAZZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case: 2:19-CR-0107 KJM |
| | ) | |
| Plaintiff, | ) | ORDER SEALING DOCUMENTS AS SET |
| | ) | FORTH IN DEFENDANT'S NOTICE |
| vs. | ) | |
| | ) | |
| DONALD REED MAZZA, | ) | Date:   October 1, 2020 |
| | ) | Time:   2:00 p.m. |
| Defendant. | ) | Court:  Hon. Allison Claire |
| | ) |             U.S. Magistrate Judge |
| | ) | |

Pursuant to Local Rule 141(b), and based upon the representation contained in Defendant's Request to Seal, IT IS HEREBY ORDERED that the Defendant's Exhibit "A" to Defendant's Motion for Bail Review, and the Defendant's Request to Seal shall be SEALED until further order of this Court.

It is further ordered that electronic access to the sealed documents shall be limited to the United States and counsel for the defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in Defendant's Request, sealing the Defendant's Request and Exhibit "A" serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by Defendant would be harmed. In light of the public filing of Defendant's Notice to Seal, the Court further finds that there are no additional alternatives to sealing the Defendant's Request and Exhibit "A" that would adequately protect the compelling

1

interests identified by Defendant.

2

DATED: September 23, 2020

3

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28