THE LAW OFFICE OF
# TASHA | CHALFANT
_____

TO: Casey Schultz, Courtroom Clerk for Chief Judge Kimberly J. Mueller
United States District Court, Eastern District of California

FROM: Tasha Paris Chalfant
Attorney for Defendant, Donald Mazza

DATE: August 31, 2022

RE: U.S. v. Ronald Yandell
Defendant: Donald Mazza
2:19-CR-00107 KJM

### JUDGMENT & SENTENCING CONTINUANCE AND NEW DISCLOSURE DATES
_____

The above matter is currently scheduled for Judgment and Sentencing on September 12, 2022. The defense requests additional time to prepare for sentencing with Mr. Mazza due to logistical issues and the defense obtaining necessary mitigation information.

The parties have no objections to this request, including probation. This is necessary to properly represent the defendant.

The new date requested for Judgment and Sentencing is February 13, 2023, at 9:00 a.m. Accordingly, the new Schedule of Disclosure Dates for the PSR is:

| | |
|---|---|
| Judgment and Sentencing - | 02/13/23 |
| Reply Date, or Statement of Non-Opposition – | 02/06/23 |
| Motion for Correction Date – | 01/30/23 |
| Report Date (Final) – | 01/23/23 |
| Counsel's Written Objections Date – | 01/16/23 |
| Date of Report (Draft) – | 01/02/23 |

Please feel free to contact me if you have any questions. Thank you.

/////
/////.

_____